## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

RICHARD

VERSUS

HOOPER, ET AL.

CIVIL ACTION

20-419-SDD-EWD

### RULING

The Court has carefully considered the *Complaints*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Erin Wilder-Doomes, dated December 29, 2021, to which no opposition was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that Plaintiff's federal claims are hereby DISMISSED with prejudice for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over any state law claims and this case shall be CLOSED. As Plaintiff has already amended his Complaint once and was given an opportunity to amend again which he did not take;

**IT IS FURTHER ORDERED** that any further leave to amend will be denied, if sought.

Signed in Baton Rouge, Louisiana the 18 day of January, 2022.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Docs. 1 and 6.
[2] Rec. Doc. 11.